

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00362-CV

| | | |
|---|---|---|
| BARBARA DIXON, Appellant | § | On Appeal |
| V. | | |
| | § | November 22, 2023 |
| TRANSPORT AMERICA AND HIRERIGHT, LLC, Appellees | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM